UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEPHEN C. ROBERTS, M.D.,

Plaintiff,

CIVIL NO: 01-CV-1282 (JRT/FLN)

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

NATUREWELL, INC., fka LA JOLLA DIAGNOSTICS, INC., a California corporation,

Defendant.

WHEREAS, on June 13, 2001, NATUREWELL, INC. ("NatureWell") filed an action against STEVEN C. ROBERTS, M.D. ("Roberts") in the Superior Court of the State of California, In and for the City and County of San Diego, entitled NatureWell, Inc., Plaintiff v. Steven C. Roberts, M.D., and Does 1 through 10, inclusive, Defendant, Case No. GIC768929; and

WHEREAS, on July 24, 2001, Roberts removed the above-described action to the United States District Court for the Southern District of California under the above caption as Case Number 01-CV-1351 L (RBB) ("California Action"); and

WHEREAS, a related action is currently pending in the United States District Court for the District of Minnesota, Fourth Division, entitled Steven C. Roberts, M.D. v. NatureWell, Inc., Case No. 01-CV-1282 (JRT/FLN) ("Minnesota Action"); and



AUG 0 7 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the parties have good cause for requesting an extension of time to move, answer, or otherwise respond to the Complaint in the California Action in that they are pursuing mediation and wish to continue doing so; and

WHEREAS, the parties have agreed to a standstill of both the Minnesota Action and the California Action and an extension of time for NatureWell to move, answer, or otherwise respond to the Complaint in the Minnesota Action;

IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS THAT:

1. The time for NatureWell to move, answer or otherwise respond to the Minnesota Action is extended to and including August 27, 2001; and

2. The parties hereto stipulate that, by entering into this Stipulation, NatureWell does not waive any defenses including, but not limited to, defenses based on improper venue or lack of personal and/or subject matter jurisdiction.

IT IS SO STIPULATED:

DATED: August 7, 2001

SKOLNICK & ASSOCIATES, P.A.

By: ______________________

William R. Skolnick, ( #137182)
Rolin L. Cargill, III (#014722)
510 Marquette Avenue, Suite 200
Minneapolis, MN 55402
Telephone: 612-677-7600

Attorney for Plaintiff STEVEN C. ROBERTS, M.D.

DATED: August 7, 2001

DORSEY & WHITNEY LLP

By: ____________________

Eric J. Moutz (#0304670)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, Minnesota 55402-1498
Telephone: (612) 343-8283

Robert A. Linn, (CSB #083640)
MULVANEY, KAHAN & BARRY
Pro Hac Vice
401 West "A" Street, 17th Floor
San Diego, CA 92101
Telephone: 619-238-1010
Facsimile: 619-238-1981

Attorneys for Defendant NATUREWELL, INC. fka LA JOLLA DIAGNOSTICS, INC., a California corporation.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED

DATED: 8/7/01 ____________________

MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

NATW-101.69759.1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500