# UNITED STATES DISTRICT COURT #242127

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-1282 JRT/FLN **Case Title:** ______________________

**Affidavit of Movant**

I, ERIC MOUTZ, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice ________________, an attorney admitted to practice in the ________________ District of ________________, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff ( )defendant ________________ in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

See cover letter
Signature | MN Attorney License # | Date

**Affidavit of Proposed Admittee**

I, Paula Rotenberg, am currently a member in good standing of the U.S. District Court for the Central & So. District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

PAULA ROTENBERG — Type/Print Name
[signature] — Signature
8/21/01 — Date

Attorney License Number: 108976

Law Firm Name & Address: MULVANEY, KAHAN & BARRY
401 West "A" Street, 17th Floor
San Diego, CA 92101

Telephone: ( )619-238-1010

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

AUG 24 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________
6/99