**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

STEPHEN C. ROBERTS, M.D.,

Plaintiff,

v.

NATUREWELL, INC., fka LA JOLLA DIAGNOSTICS, INC., a California corporation,

Defendant.

Court File No.: 01-CV-1282 (JRT/FLN)

FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT, AND ORDER THEREON

WHEREAS, on June 13, 2001, NATUREWELL, INC. ("NatureWell") filed an action against STEPHEN C. ROBERTS, M.D. ("Roberts") (erroneously named "Steven C. Roberts, M.D." in the original Complaint) in the Superior Court of the State of California, in and for the City and County of San Diego, entitled NatureWell, Inc., Plaintiff v. Steven C. Roberts, M.D., and Does 1 through 10, inclusive, Defendant, Case No. GIC768929; and

WHEREAS, on July 24, 2001, Roberts removed the above-described action to the United States District Court for the Southern District of California ("California Court") under the above caption as Case Number 01-CV-1351 L (RBB) ("California Action"); and

WHEREAS, Roberts filed this related action July 16, 2001 ("Minnesota Action"), and;

WHEREAS, the parties have previously agreed to extensions of time to move, answer, or otherwise respond with respect to both the Minnesota Action and the California Action, and such

FILED OCT 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

extensions have been approved by this Court and the California Court; and

WHEREAS, a date of October 29, 2001, has been set in the California Court for motions brought by both parties; and

WHEREAS, the parties have now agreed to a further extension of time for NatureWell to move, answer, or otherwise respond with respect to the Minnesota Action until November 30, 2001, to allow the California Court time to take the matter under submission and issue a ruling; and

WHEREAS, in the event the California Court does not issue a ruling by November 15, 2001, the parties agree they will stipulate to a further extension of time that would require NatureWell to move, answer, or otherwise respond to the Complaint in the Minnesota Action fifteen days after receipt of the ruling by the California Court; and

WHEREAS, the parties have good cause for requesting the additional extension of time to move, answer, or otherwise respond to the Complaint in the Minnesota Action as set forth herein, as this will allow the California Court to rule on the motions brought by both parties which may obviate the need for conflicting motions to be brought before this Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, THAT:

1. The time for NatureWell to move, answer or otherwise respond to the Minnesota Action is extended to and including November 30, 2001; and

2. In the event the California Court does not issue a ruling by November 15, 2001, the parties will stipulate to a further extension of time, subject to this Court's approval, that would require NatureWell to move, answer, or otherwise respond fifteen days after receipt of the ruling by the California Court; and

3. By entering into this Stipulation, NatureWell does not waive any defenses including, but not limited to, defenses based on improper venue or lack of personal and/or subject matter jurisdiction; and

4. By entering into this Stipulation, Roberts shall not be deemed to have conceded in any fashion that the California Court has priority to hear and resolve the parties' dispute, and NatureWell may not rely on this Stipulation or any prior similar Stipulation to argue that Roberts has waived any claim asserted by him in the Minnesota Action or has not diligently prosecuted that Action.

IT IS SO STIPULATED:

DATED: September 14, 2001

SKOLNICK & ASSOCIATES, P.A.

By: ______________________

William R. Skolnick, ( #137182)
Rolin L. Cargill, III (#014722)
510 Marquette Avenue, Suite 200
Minneapolis, MN 55402
Telephone: 612-677-7600

Attorney for Plaintiff STEVEN C. ROBERTS, M.D.

DATED: September 12, 2001

DORSEY & WHITNEY LLP

By: ______________________

Eric J. Moutz (#0304670)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, Minnesota 55402-1498
Telephone: (612) 343-8283

Robert A. Linn, (CSB #083640)
MULVANEY, KAHAN & BARRY
Pro Hac Vice
401 West "A" Street, 17th Floor
San Diego, CA 92101
Telephone: 619-238-1010
Facsimile: 619-238-1981

Attorneys for Defendant NATUREWELL, INC. fka LA JOLLA DIAGNOSTICS, INC., a California corporation.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED

DATED: Oct. 4 2001 ____________________

MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500