**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

STEPHEN C. ROBERTS, M.D.,

Plaintiff,

v.

NATUREWELL, INC., fka LA JOLLA DIAGNOSTICS, INC., a California corporation,

Defendant.

Court File No.: 01-CV-1282 (GRT/FLN)

**FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT, AND ORDER THEREON**

WHEREAS, on June 13, 2001, NATUREWELL, INC. ("NatureWell") filed an action against STEPHEN C. ROBERTS, M.D. ("Roberts") (erroneously named "Steven C. Roberts, M.D." in the original Complaint) in the Superior Court of the State of California, in and for the City and County of San Diego, entitled NatureWell, Inc., Plaintiff v. Steven C. Roberts, M.D., and Does 1 through 10, inclusive, Defendant, Case No. GIC768929; and

WHEREAS, on July 24, 2001, Roberts removed the above-described action to the United States District Court for the Southern District of California ("California Court") under the above caption as Case Number 01-CV-1351 L (RBB) ("California Action"); and

WHEREAS, Roberts filed this related action July 16, 2001 ("Minnesota Action"), and;

WHEREAS, the parties have previously agreed to extensions of time to move, answer, or otherwise respond with respect to both the Minnesota Action and the California

NOV 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Action, and such extensions have been approved by this Court and the California Court; and

WHEREAS, a date of October 29, 2001, had been set in the California Court for motions brought by both parties but the Court did not entertain oral arguments and the matters are under submission; and

WHEREAS, as of November 20, 2001, the California Court has not issued it's ruling.

WHEREAS, it was previously stipulated, that in the event the California Court did not issue a ruling by November 15, 2001, the parties agreed they will stipulate to a further extension of time that would require NatureWell to move, answer, or otherwise respond to the Complaint in the Minnesota Action fifteen days after receipt of the ruling by the California Court.

WHEREAS, because of the upcoming holiday season, it is now agreed that NatureWell will have eighteen days after receipt of the ruling by the California Court to move, answer, or otherwise respond to the Complaint in the Minnesota Action; and

WHEREAS, upon receipt of the California Court's ruling, counsel for NatureWell will advise Roberts' counsel, in writing, the date the California Court's ruling was received; and

WHEREAS, the parties have good cause for requesting the additional extension of time to move, answer, or otherwise respond to the Complaint in the Minnesota Action as set forth herein, as this will allow the California Court to rule on the motions brought by both parties which may obviate the need for conflicting motions to be brought before this Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, THAT:

1. The time for NatureWell to move, answer or otherwise respond to the Minnesota Action is extended to and includes up to eighteen days after receipt of the California Court's ruling; and

2. Upon receipt of the California Court's ruling, counsel for NatureWell will advise Roberts' counsel, in writing, the date the California Court's ruling was received ; and

3. By entering into this Stipulation, NatureWell does not waive any defenses including, but not limited to, defenses based on improper venue or lack of personal and/or subject matter jurisdiction; and

4. By entering into this Stipulation, Roberts shall not be deemed to have conceded in any fashion that the California Court has priority to hear and resolve the parties' dispute, and NatureWell may not rely on this Stipulation or any prior similar Stipulation to argue that Roberts has waived any claim asserted by him in the Minnesota Action or has not diligently prosecuted that Action.

IT IS SO STIPULATED:

DATED: 11/20, 2001

**LAW OFFICE OF WILLIAM R. SKOLNICK**

By: R. J. Cargill
Rolin Cargill, III
Attorneys for STEPHEN C. ROBERTS, M.D.

DATED: 11/20, 2001

**DORSEY & WHITNEY LLP**

By: ______________________
Eric Moutz
Attorneys for NATUREWELL, INC. fka LA JOLLA DIAGNOSTICS, INC., a California corporation

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED

DATED: 11/21/01 ______________________
Magistrate JUDGE OF THE U.S. DISTRICT COURT

natw-101.78904.1