**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

STEPHEN C. ROBERTS, M.D.,

Plaintiff,

v.

NATUREWELL, INC., fka LA JOLLA DIAGNOSTICS, INC., a California corporation,

Defendant.

Court File No.: 01-CV-1282 (GRT/FLN)

STIPULATION TO EXTEND TIME FOR PRETRIAL CONFERENCE, AND ORDER THEREON

WHEREAS, on June 13, 2001, NATUREWELL, INC. ("NatureWell") filed an action against STEPHEN C. ROBERTS, M.D. ("Roberts") (erroneously named "Steven C. Roberts, M.D." in the original Complaint) in the Superior Court of the State of California, in and for the City and County of San Diego, entitled NatureWell, Inc., Plaintiff v. Steven C. Roberts, M.D., and Does 1 through 10, inclusive, Defendant, Case No. GIC768929; and

WHEREAS, on July 24, 2001, Roberts removed the above-described action to the United States District Court for the Southern District of California ("California Court") under the above caption as Case Number 01-CV-1351 L (RBB) ("California Action"); and

WHEREAS, Roberts filed this related action July 16, 2001 ("Minnesota Action"), and;

WHEREAS, the parties have motions pending before the California Court that may result in the stay, dismissal or other disposition of either the California or the Minnesota Action, and, consequently, the parties have previously agreed to extensions of time to move,

FILED JAN 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

answer, or otherwise respond with respect to the Minnesota Action, which extensions have been approved by this Court; and

WHEREAS, The California Court had set a hearing date of October 29, 2001, for motions brought by both parties, however, as of January 7, 2002, the California Court has not issued its ruling on the motions brought by the parties, and the motions remain under submission, and

WHEREAS, the Minnesota Court has scheduled a pretrial conference on January 18, 2002; and

WHEREAS, the parties have now agreed to a further extension of time for the pretrial conference with respect to the Minnesota Action until March 29, 2002, or any other date the Court may prescribe, to allow the California Court time to rule on the matters under submission and then for the parties to timely take the appropriate actions to be completed by the date of the pretrial conference; and

WHEREAS, the parties have good cause for requesting the additional extension of time for the pretrial conference as set forth herein, as this will allow the California Court to rule on the motions brought by both parties which may obviate the need for conflicting motions to be brought before this Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, THAT:

1. The pretrial conference is rescheduled to March 29, 2002, or any other date that the Court may prescribe; and

2. All dates related to the pretrial conference, including but not limited to the deadline for filing the consent form to Jurisdiction by Magistrate and the request for

///

telephonic pretrial conference, shall be established based upon the rescheduled date for the pretrial conference.

3. By entering into this Stipulation, NatureWell does not waive any defenses including, but not limited to, defenses based on improper venue or lack of personal and/or subject matter jurisdiction; and

3. By entering into this Stipulation, Roberts shall not be deemed to have conceded in any fashion that the California Court has priority to hear and resolve the parties' dispute, and NatureWell may not rely on this Stipulation or any prior similar Stipulation to argue that Roberts has waived any claim asserted by him in the Minnesota Action or has not diligently prosecuted that Action.

IT IS SO STIPULATED:

DATED: Jan 15, 2002

**LAW OFFICE OF WILLIAM R. SKOLNICK**

By: [signature] MN # 14722
Rolin L.Cargill 612-677-7600
Attorneys for STEPHEN C. ROBERTS, M.D.

DATED: Jan 7, 2002

**MULVANEY, KAHAN & BARRY**

By: [signature]
Robert A. Linn
Attorneys for NATUREWELL, INC. fka LA JOLLA DIAGNOSTICS, INC., a California corporation

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED

DATED: 1/15/02 [signature]
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

natw-101.80748.1