**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Stephen C. Roberts, M.D.,

Plaintiff,

vs.

NatureWell, Inc., f/k/a La Jolla Diagnostics, Inc., a California corporation,

Defendant.

**Court File No.: 01-CV-1282 (JRT/FLN)**

NatureWell, Inc., a California Corporation,

Plaintiff,

vs.

Steven C. Roberts, M.D.,

Defendant.

**Court File No.: 02-CV-520 (JRT/FLN)**

**STIPULATION AND ORDER TO CONSOLIDATE AND STAY CASES PENDING ARBITRATION OF DISPUTES**

**WHEREAS**, Dr. Stephen C. Roberts ("Roberts") commenced Case No. 01-CV-1282 in this district on or about July 16,2001, to compel arbitration in Minnesota of certain claims Roberts asserts against NatureWell, Inc. ("NatureWell") under a Consulting Agreement (the "Agreement") dated September 13, 2000, and NatureWell's time in which to respond to Roberts' complaint has been extended by stipulations of the parties and orders of the Court, pending a decision on motions in the related case described below; and

**WHEREAS**, NatureWell originally commenced Case No. 02-CV-520 in California on

FILED ... DEPUTY CLERK

or about June 13, 2000, challenging enforceability of the Agreement and asserting certain claims against Roberts, and, on Roberts' motion, the United States District Court for the Southern District of California recently transferred the case to this district; and

**WHEREAS,** the parties agree that these two cases involve common questions of law and fact and should be consolidated; and

**WHEREAS,** the parties now further agree that all of their claims and defenses relating to the Agreement or which have been raised in either of the above-captioned actions should be resolved through arbitration in accordance with paragraph 8 of the Agreement, whether or not those claims and defenses arose under any of the provisions of or relate to the Agreement.

**NOW, THEREFORE,** the parties, through their respective undersigned counsel, hereby stipulate as follows:

1. The Court may consolidate the above-captioned cases for all purposes.

2. The parties will arbitrate all claims and defenses relating to the Agreement or which have been raised in either of the above-captioned actions.

3. The parties jointly designate Robert G. Schiefelbein, retired Judge of Hennepin County District Court, as sole arbitrator. If Judge Schiefelbein is unable or unwilling to serve, then the parties will mutually agree on an alternate arbitrator or, if unable to agree, follow the procedure for appointing arbitrators set forth in paragraph 8 of the Agreement. The arbitrator shall have all the powers authorized by the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq.

4. The arbitration hearing will be conducted in Minneapolis, Minnesota, at a location and on a date that are mutually convenient for the parties and the arbitrator; provided, however, that the arbitration hearing will take place on or before August 15, 2002, unless mutually agreed otherwise by the parties.

5. Except as otherwise provided in this Stipulation or mutually agreed to by the parties, the arbitration proceeding, including, without limitation, discovery and payment of the costs of arbitration, shall be governed by and conducted according to paragraph 8 of the Agreement. Any disputes regarding procedure or discovery shall be resolved by the arbitrator.

6. Subject to the Court's approval, the Court shall stay these actions pending arbitration, and the Court shall retain jurisdiction to enter a judgment confirming the decision or award of the arbitrator or to conduct any other hearings or proceedings that may be necessary and authorized by the Federal Arbitration Act.

**SKOLNICK & ASSOCIATES, P.A.**

Date: March 29, 2002

By: ______________________

William R. Skolnick # 137182
Rolin L. Cargill III # 14722
510 Marquette Avenue South
Suite 200
Minneapolis, MN 55402
(612) 677-7600

**ATTORNEYS FOR**
**STEPHEN C. ROBERTS, M.D.**

**DORSEY & WHITNEY LLP**

Date: March 29 2002

By: ______________________

Eric J. Moutz #0304670
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
(612) 343-8283

**ATTORNEYS FOR**
**NATUREWELL, INC.**

**ORDER**

Based on the foregoing Stipulation, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. Case Nos. 01-CV-1282 (JRT/FLN) and 02-CV-520 (JRT/FLN) are hereby consolidated for all purposes.

2. The parties shall arbitrate their dispute in accordance with the Stipulation.

3. These now-consolidated actions are hereby stayed pending arbitration, and the Court shall retain jurisdiction to enter a judgment confirming the decision or award of the arbitrator or to conduct any other hearings or proceedings that may be necessary and authorized by the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq.

**BY THE COURT:**

Date: 3/30, 2002

John R. Tunheim
Judge of United States District Court