UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen Roberts. M.D.,

Plaintiff/Defendant,

v.

NatureWell, Inc., f/k/a/ La Jolla Diagnostics, Inc., a California corporation,

Plaintiff/Defendant.

Civil File Nos. 01-CV-1282 (JRT/FLN), and 02-CV- 520 (JRT/FLN)

**ORDER**

This matter came before the Court on August 8, 2002, on the parties joint stipulation of dismissal. Based upon that stipulation,

IT IS HEREBY ORDERED that:

1. The claims of Plaintiff NatureWell, Inc. f/k/a La Jolla Diagonstics, Inc., and the claims of Plaintiff Stephen Roberts M.D., are hereby dismissed with prejudice.

Dated: Aug. 19, 2002

**BY THE COURT:**

The Honorable John Tunheim,
Judge of the United States District Court
for the District of Minnesota

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen Roberts. M.D.,

Plaintiff/Defendant,

v.

NatureWell, Inc., f/k/a/ La Jolla Diagnostics, Inc., a California corporation,

Plaintiff/Defendant.

Civil File Nos. 01-CV-1282 (JRT/FLN), and 02-CV- 520 (JRT/FLN)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled actions, having been submitted to arbitration and there fully compromised and settled by and between the parties hereto, through their respective undersigned attorneys, it is hereby stipulated and agreed that the claims of both plaintiffs may be, and it hereby are, dismissed on their merits with prejudice and without further costs or disbursements to either of the parties hereto; and the Clerk of said Court, upon the filing of this Stipulation of Dismissal with Prejudice, is hereby authorized and directed to so dismiss said action of record.

Dated: August 06, 2002

DORSEY & WHITNEY LLP

By ______________________
Craig D. Diviney (#23103)
Eric Moutz (#0304670)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiff/Defendant NatureWell, Inc., f/k/a/ La Jolla Diagnostics, Inc., a California corporation

Dated: August 6, 2002

SKOLNICK & ASSOCIATES, P.A.

By ______________________
William Skolnick (#137182)
Rolin L. Cargill, III (#14722)
2100 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
Telephone: (612) 677-7600

Attorneys for Plaintiff/Defendant Stephen Roberts, M.D.